# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2008

137175 & (21)(22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUSTIN TERRELL,
         Plaintiff-Appellee,

v

                                           SC: 137175
                                           COA: 283511
                                           Kent CC:  04-007985-NI

CLARISSA MARIE-MARION VAUGHN,
WILLIE McCLAIN, d/b/a PRIDE ASPHALT
PAVING AND CONCRETE, and MIRAC, INC.,
d/b/a ENTERPRISE RENT-A-CAR,
         Defendants-Appellants.

_____/

      On order of the Court, the motions for immediate consideration and for stay of trial court proceedings are GRANTED, and enforcement of the judgments entered by the Kent Circuit Court on September 13, 2007 and August 29, 2008 is stayed until further order of this Court.  The application for leave to appeal the July 18, 2008 order of the Court of Appeals remains pending.

      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2008

_____
Clerk

p0909